CHARLES E. DENNEY et al., as Trustees of ERIE RAILROAD COMPANY, Appellants, *v.* MARY C. MALONE, as Administratrix of the Estate of P. W. GRAHAM, Deceased, et al., Defendants, and BUFFALO SEWER AUTHORITY, Respondent.

Argued February 26, 1942; decided April 16, 1942.

*Leonard W. M. Zingler* and *William G. Conable* for appellants.

*Thurman W. Stoner, Corporation Counsel* (*Elmer S. Stengel* of counsel), for respondent.

*Thomas F. Myers, John W. Van Allen* and *Selby G. Smith* for Mary C. Malone, as administratrix, et al., *amici curiæ*.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.